STATE OF MINNESOTA    )
                     ) ss. AFFIDAVIT OF MICHAEL J. O'NEAL
COUNTY OF HENNEPIN   )    Case No. 26-mj-7 (DJF)

1.  I am a Deportation Officer with Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO). I started as an Immigration Enforcement Agent with ICE on August 29, 2009. I was promoted to Deportation Officer in September 2015. My responsibilities include determining alienage and removability, locating, apprehending, and placing aliens into removal proceedings based on the Immigration and Nationality Act.

2.  This affidavit is submitted for the limited purpose of establishing probable cause in support of issuing a complaint and arrest warrant for Pedro Garcia-Bravo for illegal reentry after removal in violation of Title 8, United States Code, Sections 1326(a).

3.  This affidavit is based on my personal knowledge, as well as information I have learned from other law enforcement officers and the review of reports, written materials, and recordings. This affidavit does not include all of the details I have learned regarding this investigation. Rather, it only includes information believed to be sufficient to establish probable cause.

## **PROBABLE CAUSE**

4.     The defendant is a citizen of Mexico with no lawful status in the United States.

5.     On or about July 21, 2010, the defendant was removed from the United States, having been issued an administrative removal order, Form I-851/I-851A.

6.     On or about February 28, 2024, the defendant was arrested by law enforcement in Ramsey County, Minnesota, on domestic violence charges, but was released pending a future hearing and failed to appear for that hearing.

7.     On or about January 8, 2026, the defendant was found by immigration officials in Little Canada, Minnesota.

8.     The defendant had not obtained permission from the Attorney General of the United States nor the U.S. Secretary of Homeland Security to reapply for admission to the United States.

9.     Based on the information set forth above, there is probable cause to believe that the defendant, Pedro Garcia-Bravo, violated Title 8, United States Code, Sections 1326(a), by illegally reentering the United States after removal.

Further your Affiant sayeth not.

_____
Michael J. O'Neal
Deportation Officer, ICE

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime
and email pursuant to Fed. R. Crim. P. 41(d)(3) on
Date: January 8, 2026

_____
DULCE J. FOSTER
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MINNESOTA